# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YOLANDA TARR AND ELIZABETH INIGUEZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**GC SERVICES, LP,**<br><br>Defendant. | Case No.: 2:13-cv-01924-MCE-KJN<br><br>GRANTING PLAINTIFF LEAVE OF COURT TO FILE FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES |

UPON STIPULATION OF THE PARTIES AND GOOD CAUSE SHOWING, it is hereby ORDERED that Plaintiff is granted leave to file her First Amended Complaint. Not later than five (5) days following the date this Order is electronically filed, Plaintiff shall file the First Amended Complaint with the Court. Defendant shall have thirty (30) days from the date the First Amended Complaint is electronically filed to Answer or otherwise plead.

IT IS SO ORDERED.

Dated: December 6, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT