**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **YOLANDA TARR AND ELIZABETH INIGUEZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**GC SERVICES, LP,**<br><br>Defendant. | Case No.: 2:13-cv-01924-MCE-KJN<br><br>**ORDER WITHDRAWING MOTION FOR CLASS CERTIFICATION WITHOUT PREJUDICE** |

UPON STIPULATION OF THE PARTIES AND GOOD CAUSE SHOWING, Plaintiffs' Motion for Class Certification (ECF No. 13) is deemed WITHDRAWN, without any prejudice to a subsequent filing.

///

///

///

///

///

Defendant is precluded from subsequently moving to dismiss Plaintiffs' Complaint for lack of subject matter jurisdiction via Rule 12(b)(1) without first providing Plaintiffs 14 days notice in order to allow Plaintiffs sufficient time to refile the motions being withdrawn.

    IT IS SO ORDERED.

Dated: July 8, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT