# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YOLANDA TARR** AND **ELIZABETH INIGUEZ,** INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff(s), <br><br> vs. <br><br> **GC SERVICES, LP**, <br><br> Defendant(s). | Case No. **2:13-cv-01924-MCE-KJN** <br><br> **ORDER GRANTING DISMISSAL** |

IT IS HEREBY ORDERED that, pursuant to the Stipulation of the parties, this case is DISMISSED with prejudice as to the Named Plaintiffs and without prejudice as to the putative class. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT